ROBERT W. RAINWATER, Oregon Bar No. 084489
RAINWATER LAW GROUP
1430 Willamette Street, Suite 492
Eugene, Oregon 97401
Telephone: (541) 344-1785

Counsel for Defendant
RASHAD Q. SANDERS

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | U.S.C.A. No. 13-30156 |
| Plaintiff/Appellee, | ) ) ) | U.S.D.C. No. 3:11-cr-00385-HZ |
| v. | ) ) | |
| RASHAD Q. SANDERS | ) ) | DECLARATION IN SUPPORT OF MOTION TO WITHDRAW AS |
| Defendant/Appellant. | ) ) ) | COUNSEL OF RECORD, FOR APPOINTMENT OF NEW COUNSEL, AND FOR NEW TIME SCHEDULE |

I, Robert W. Rainwater, do hereby declare as follows:

1. I was appointed to represent Mr. Sanders in the district court after the filing of his notice of appeal on June 14, 2013.

2. I have talked with Mr. Sanders in person at Sheridan Federal Correctional institution prior to his transfer to Tucson, Arizona regarding the issues he wishes to

raise in this appeal.

    3. Besides speaking with Mr. Sanders I have talked with and reviewed the file of prior counsel, Mr. Anderson (who represented Mr. Sanders during his plea and sentence), and the documents filed with the court.

    4. Mr. Sanders has not indicated to me any grounds for appeal outside of his belief that his trial counsel was ineffective in his preparation and investigation of the case. It is my belief, if Mr. Sanders wants to pursue this claim, that Mr. Sanders would be served best if he presented the issue to the district court pursuant to 28 U.S.C. § 2255. That type of procedure is allowed in his wavier of appeal. During such a petition Mr. Sanders could request an evidentiary hearing to get the facts regarding his representation into evidence. Insufficient evidence to make a credible claim of ineffective assistance of counsel exist in the record on appeal.

    I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

    Executed the 4th day of September 2013, at Eugene, Oregon.

                               /s Robert W. Rainwater
                               ROBERT W. RAINWATER