**U.S. Department of Justice**

*S. Amanda Marshall*
*United States Attorney*
*District of Oregon*
*1000 SW Third Avenue, Suite 600      (503) 727-1000*
*Portland, Oregon   97204-2902    Fax (503) 727-1117*

September 5, 2013

Ms. Molly Dwyer
Clerk of the Court
United States Court of Appeals
For the Ninth Circuit
95 Seventh Street
San Francisco, California   94103-1526

      Re:   *United States v. Rashad Sanders*, No. 3:11-CR-00385-HZ (D. Or.)
            Ninth Circuit Case No. 13-30156

Dear Ms. Dwyer:

      Yesterday, defense counsel filed an *Anders* brief that recognizes that this appeal should be dismissed based on an agreed upon appellate waiver that appears in defendant's plea agreement (ER 6, 36-37).   The government agrees that dismissal is appropriate, and that any claim defendant might raise challenging the adequacy of his counsel may not be pursued through a direct appeal because of the absence of any record to support such a claim.

      Unless the court otherwise directs, the government does not intend to file a formal response.

      Sincerely,

      S. AMANDA MARSHALL
      United States Attorney

      *s/Kemp L. Strickland*
      KEMP L. STRICKLAND
      Assistant United States Attorney

cc:   Robert W. Rainwater, Attorney for Defendant (via CM/ECF)
      Defendant Rashad Sanders (via US Mail)